ELIZABETH HORSCH, Appellant, v. FRANK J. HORSCH, Respondent.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. NORMAN T. WHITAKER, Respondent.— Application of the Brooklyn Bar Association for an order disbarring the respondent granted. If the conviction is reversed, the respondent may apply for reinstatement. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

J. S. WOODHOUSE COMPANY, INC., Respondent, v. DAY-ELDER MOTOR TRUCKS OF NEW YORK, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SAMUEL KOLODNY, Appellant, v. HYMAN LIPMAN and Others, etc., Respondents.— Motion for stay granted. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

RAY L. LEVITCH, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion to have appeal heard on original papers denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WILLIAM J. MORGAN, Respondent, v. SAGAMORE DEVELOPMENT COMPANY, Appellant. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

RAFFAELE PUGLIESE, Respondent, v. RAFFAELA PUGLIESE, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January term, 1925 (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN SCOTT, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to that court. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SOLOMON THALL, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

TOWN OF HEMPSTEAD, Respondent, v. THE ST. CONUS CATHOLIC SOCIETY OF BROTHERS CONGREGATION OF MUTUAL BENEVOLENCE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HENRIETTA M. VANDEGRIFT, Appellant, v. C. HERMAN MEISNER and Another, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January term, 1925 (for which term the case is set down); otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NATHAN C. WEIL, Respondent, v. BERNARD HEINZ, Appellant.— Motion for stay granted on condition that appellant perfect the appeal for the January term, 1925 (for which term the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SUSIE WOOLF, Respondent, v. DANIEL WOOLF, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January term, 1925 (for which term the case is set down), and be ready for argument when